United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 29, 2014
Docket #: 14-2950cv
Short Title: Mercer v. Mercer

DC Docket #: 13-cv-4192
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Feuerstein

## NOTICE OF EXPEDITED APPEAL

By notice filed August 19, 2014, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellants' briefs are due no later than October 3, 2014, 35 days from the date of this notice. Appellee's brief is due no later than November 7, 2014 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8573.